IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.        5:24-mj-1007-PRL

JOSEPH DANIEL HUTCHINSON, III,
    Defendant.

## ORDER ON IDENTITY HEARING

This matter came before the court on January 8, 2024 upon request by the defendant for an identity hearing pursuant to Rule 40 and Rule 5(c)(3) of the Federal Rules of Criminal Procedure. The Government presented the testimony of Special Agent Mark Dennis with the Federal Bureau of Investigation. The Defendant cross-examined Special Agent Dennis but did not present any further evidence.

After hearing the testimony of Special Agent Dennis, and for the reasons discussed on the record at the hearing, which are fully incorporated herein, the Court finds probable cause to believe that the defendant is the defendant as named in the Petition for Warrant on Violations of Pretrial Release from the District of Columbia, 1:21-cr-447 and associated warrant for his arrest, which was produced to him.

**DONE AND ORDERED** in Ocala, Florida, on January 8, 2024.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies to:

Counsel of Record